UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| ERIC D. BOOKER,<br><br>    Plaintiff,<br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>    Defendant. | Case No.  1:18-cv-00153-WCL-PRC<br><br>Honorable Judge William C. Lee |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, ERIC D. BOOKER, and the Defendant, DIVERSIFIED CONSULTANTS, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against DIVERSIFIED CONSULTANTS, INC., pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: November 5, 2018                                          Respectfully Submitted,

**ERIC D. BOOKER**                                        **DIVERSIFIED CONSULTANTS, INC.**

/s/ Nathan C. Volheim                                      /s/ Morgan I. Marcus (*with consent*)
Nathan C. Volheim                                            Morgan I. Marcus
*Counsel for Plaintiff*                                         *Counsel for Defendant*
Sulaiman Law Group, LTD                              Sessions, Fishman, Nathan & Israel, LLC
2500 S. Highland Avenue, Suite 200             120 South LaSalle, Suite 1960
Lombard, Illinois 60148                                   Chicago, IL 60606
Phone: (630) 575-8181                                    Phone: (312) 578-0985
Fax :(630) 575-8188                                         mmarcis@sessionslegal.com
nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim_____
Nathan C. Volheim